

ORDERED in the Southern District of Florida on April 19, 2021.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO. 20-21324

Ramon Rojas
Ivon Brinas

　　　　　　Debtor(s).
_____/

ORDER DENYING CONFIRMATION AND DISMISSING CASE

THIS CASE came on to be heard on the confirmation of a proposed chapter 13 plan. The Court having entered an order (ECF # 84) setting deadlines to avoid dismissal, and the Trustee having submitted this order and stating that the Debtor failed to provide the documents requested including: amend plan to pay 100% of allowed unsecured claims., and based on the record, it is ORDERED as follows:

　　1. Confirmation of the proposed chapter 13 plan is denied.

　　2. This case is dismissed.

　　3. All pending motions are denied as moot.

4. The trustee shall file a final report prior to the administrative closing of the case.

5. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128 the balance of the filing fee as required by Local Rule 1017‑2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017‑2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013‑1(E).

7. In accordance with Local Rule 1002‑1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

\* \* \*

Submitted by
    NANCY K. NEIDICH, ESQUIRE
    STANDING CHAPTER 13 TRUSTEE
    P.O. BOX 279806
    MIRAMAR, FL 33027
    (954) 443-4402

The clerk shall serve a copy of this order on all parties of record.